**Entered on Docket
September 14, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank Trust Company Americas, as Indenture Trustee for Saxon Asset Securities Trust 2004-2
Title Vested in the Name of:

09-74805

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-19706-mkn |
| Gena Stetson, | Date: ___8-12-09___ |
| | Time: ___1:30 p.m.___ |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Secured Creditor acknowledges receipt of the following funds:

1) $3,323.48 official check 2326005486 curing 6/09 through 7/09 payments, escrow advance $184.24, filing fee $150 and $750.00

2) official check 2326005647 $1303.86 for the 8/09 payment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic stay in the above-entitled bankruptcy proceedings was vacated as to the Trustee and estate but shall remain in effect as to Debtor until Discharge of Debtor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay is conditionally vacated pursuant to the preceding paragraph and extinguished for all purposes as to Secured Creditor Deutsche Bank Trust Company Americas, as Indenture Trustee for Saxon Asset Securities Trust 2004-2 , its assignees and/or successors in interest, of the subject property, generally described as 9309 Scenic Mountain Lane, Las Vegas, NV 89117, and legally described as follows:

PARCEL I:
LOT ONE HUNDRED SIXTEEN (116) IN BLOCK NINE (9) OF APACHE SPRINGS TOWNHOMES AS SHOWN BY MAP THEREOF ON FILE IN BOOK 59 OF PLATS, PAGE 10, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

///

///

///

///

///

///

PARCEL 2:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS IN, TO AND OVER THE ASSOCIATION PROPERTY, ALSO DESCRIBED AS COMMON ELEMENTS, INCLUDING THE PRIVATE STREETS WITHIN THE SUBDMSION DESCRIBED IN PARCEL I ABOVE AND AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED ON DECEMBER 21,1993 IN BOOK 931221, INSTRUMENT NO. 02060, OFFICIAL RECORDS.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107


APPROVED / DISAPPROVED

_____
Randolph Goldberg
4000 S. Eastern Ave., #200
Las Vegas, NV 89119
Attorney for Debtor(s)


APPROVED / DISAPPROVED

_____
Joseph B. Atkins
5030 Paradise Road #213
Las Vegas, NV 89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_   The court waived the requirements of LR 9021.
\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:
\_\_\_\_ approved the form of this order              \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order              \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____
\_\_\_\_ approved the form of this order              \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:
\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor